UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-CV-00448-FDW-DSC

| | |
|---|---|
| BRIDGETREE HOLDINGS, INC., and MARK BECK, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) ORDER |
| DANIEL ROSELLI, CUSTOMERSTREAM, INC., and JEFF DEWALD, | ) ) ) ) |
| Defendants. | ) ) |

THIS MATTER is before the Court following an informal conference with the parties regarding several issues concerning discovery and deadlines in this case. For the reasons stated in the conference, Plaintiffs' request for CustomerStream's financial records is granted for the years 2010-2015. This production will be made pursuant to this Court's standing protective order.

The Court hereby extends the discovery deadline fourteen (14) days from April 20, 2015, to Monday, May 4, 2015. The Court also extends the deadlines to produce expert reports by fourteen (14) days, such that Plaintiffs' report is due Friday, March 6, 2015, and Defendants' report is due Friday, April 3, 2105. No other deadlines shall be extended.

IT IS SO ORDERED.

Signed: February 9, 2015

Frank D. Whitney
Chief United States District Judge