UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-CV-00448-FDW-DSC

| | |
|---|---|
| BRIDGETREE HOLDINGS, INC., and MARK BECK, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>DANIEL ROSELLI, )<br>)<br>Defendant. )<br>) | STIPULATED ORDER OF DISMISSAL WITH PREJUDICE |

By stipulation of Bridgetree Holdings, Inc., Mark Beck, and Daniel Roselli, as signified by their counsel's signatures below, it is hereby ORDERED that all remaining claims and counterclaims in this matter are DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure 41(a)(2) and (c), each party to bear its own fees, costs and expenses.

This 9th day of July, 2015.

Signed: July 9, 2015

Frank D. Whitney
Chief United States District Judge

**WE SO STIPULATE:**

/s/ J. Douglas Grimes
J. Douglas Grimes
Hedrick Gardner
Kincheloe & Garofalo, LLP
PO Box 30397
Charlotte, NC 28230

/s/ J. Daniel Bishop
J. Daniel Bishop
A. Todd Capitano
Erwin, Bishop, Capitano & Moss, P.A.
4521 Sharon Road, Suite 350
Charlotte, NC 28211
*Attorneys for Daniel Roselli*

J. Mark Wilson
Kathryn G. Cole
Moore & Van Allen PLLC
100 North Tryon St., Suite 4700
Charlotte, NC 28202-4003

Edward W. Gray
Fitch, Even, Tabin & Flannery LLP
One Lafayette Ctr., Suite 750S
1120 20th St., NW
Washington DC 20036
*Attorneys for Bridgetree Holdings, Inc. and Mark Beck*